896

No. 95–5439. CARTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5440. WHITMILL v. ARMONTROUT, ASSISTANT DIRECTOR/ZONE II, MISSOURI DIVISION OF ADULT INSTITUTIONS. C. A. 8th Cir. Certiorari denied.

No. 95–5441. BEDNEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–5442. COOK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5443. WILSON v. GRANT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–5444. BELL v. COLLINS, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–5445. DAVIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–5446. HARRIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5447. EYA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–5449. SHEE HO v. ILLINOIS POWER CO., CLINTON POWER STATION. C. A. 7th Cir. Certiorari denied.

No. 95–5451. HAMILTON v. TEXAS BOARD OF PARDONS AND PAROLES. C. A. 5th Cir. Certiorari denied.

No. 95–5453. LOCKHART v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 95–5454. READ v. OREGON BOARD OF PAROLE AND POST-PRISON SUPERVISION. Ct. App. Ore. Certiorari denied.

No. 95–5456. SHORTER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.